IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROSEBUD SIOUX TRIBE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR *et al.*, <br><br> Defendants. | CV-20-109-GF-BMM <br><br> **ORDER** |

Plaintiffs have moved for an order allowing Michael L. Campbell, Esq., to appear *pro hac vice* in this case with Wesley J. Furlong, Esq., designated as local counsel. The application of Mr. Campbell appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiffs' motion to allow Mr. Campbell to appear on their behalf (Doc. 5) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.        Mr. Campbell must do his own work.  He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.        Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4.        Admission is personal to Mr. Campbell not the law firm he works for.

**IT IS FURTHER ORDERED**:

Mr. Campbell must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 12th day of January 2021.

_____
Brian Morris, Chief District Judge
United States District Court