# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ROSEBUD SIOUX TRIBE, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.,*<br><br>    Defendants. | CV 20-109-GF-BMM<br><br><br>**ORDER<br>CONTINUING STAY** |

    This case has been stayed by joint motion of the parties. On August 6, 2021, the parties advised the Court that that stay should be continued for an additional sixty days. For good cause shown, the case shall remain stayed for sixty days from the date of this order. At the end of the sixty-day stay period, the parties shall submit a status report advising the Court whether a continued stay is warranted or if litigation deadlines should be reinstated, in which case the parties shall propose a revised litigation schedule.

    Defendants shall notify the Court if TC Energy provides notice to the Court in *Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation*, No. 4:20-cv-44-BMM, of its intention to move forward with construction of the main pipeline or new pump station. Defendants also will notify the Court if TC Energy requests

a notice to proceed from the U.S. Bureau of Land Management ("BLM") or schedules a preconstruction conference with BLM.

DATED this 31st day of August, 2021

Brian Morris, Chief District Judge
United States District Court